UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) Cause No.: 4:10-cv-00317-JCH |
| v. | ) ) ) ) |
| KODIAK CONCRETE CONSTUCTION, LLC, | ) ) |
| Defendant. | ) |

**ORDER AND WRIT OF BODY ATTACHMENT**

This is an action under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1132, to collect delinquent fringe benefit contributions. On March 23, 2010, this Court issued an Order, compelling defendant to submit to an audit within 30 days. To date, defendant has failed to comply with the March 23, 2010 Order.

This Court set a hearing on plaintiffs' Motion for Contempt on September 17, 2010. However, defendant failed to appear at this hearing.

Accordingly,

**IT IS HEREBY ORDERED** that the United States Marshal is to seize Michael Friedmeyer, last known address: 9218 Pinto, Affton, MO 63123, as soon as possible and bring him before this Court to answer for his failure to comply.

**IT IS FURTHER ORDERED** that defendant be fined an amount of $200.00 for every day he continues to be in contempt of this Court, beginning with the date of this order, payable to the Clerk of Court. The fines shall mount daily until defendant absolves himself of contempt by complying with the Court's March 23, 2010 order.

SO ORDERED:

_____
HON. JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Date: 9/27/10